# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al. | **SUMMONS IN A CIVIL CASE** <br> CASE NUMBER: <br> **CV 08  0685** <br> **MHP** |
| V. | |
| HENRY'S PAINTING, INC., a California Corporation, and WILLIAM MICHAEL HENRY, Individually | |

TO: (Name and address of defendant)

Henry's Painting, Inc.  
c/o William M. Henry  
Agent for Service of Process  
6272 Paso Los Cerritos  
San Jose, California 95120  

William Michael Henry  
6272 Paso Los Cerritos  
San Jose, California 95120  

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking  
CLERK

DATE  JAN 2 9 2008

GLORIA ACEVEDO

_____  
(BY) DEPUTY CLERK