1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 BAY AREA PAINTERS AND TAPERS          Case No.: 08-0685 MHP
   PENSION FUND, et. al.,
13                                        **PROOF OF SERVICE OF SUMMONS**
          Plaintiffs,
14
   v.
15
16 HENRY'S PAINTING, INC., and WILLIAM
   MICHAEL HENRY,
17
          Defendants.
18

19 ///
   ///
20 ///
   ///
21 ///
   ///
22 ///
   ///
23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|

ATTORNEY FOR  Plaintiff

COURT
U.S Northern District Of California

SHORT NAME OF CASE
Bay Area Painters & Tapers, et al. v.
Henry's Painting, Inc.,et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08-0685 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the U.S. District Court, San Francisco.

Name:  Henry's Painting, Inc.

Date of Delivery:  3/13/08
Time of Delivery:  3:50pm

Place of Service:    6272 Paso Los Cerritos
                     San Jose, California 95008

Manner of Service: Personal Service - By personally delivering Copies to Agent for Process of Service, William M. Henry

DICIAL COUNCIL FORM, RULE 982 (A) (23)    , I declare under penalty of perjury that the foregoing is true and Correct and that this declaration

☐  Registered:
     Number: 1024

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119

(415) 760-2188

on: **March 3rd, 2008**
at: San Francisco, California

Signature:
Name: David Sprenzel
Title :Process Server

**PROOF OF SERVICE**

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR Plaintiff

COURT
U.S Northern District Of California

SHORT NAME OF CASE
Bay Area Painters & Tapers, et al. v.
Henry's Painting, Inc.,et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08-0685 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the U.S. District Court, San Francisco.

Name: William M. Henry

Date of Delivery:  3/13/08
Time of Delivery:  3:50pm

Place of Service:  6272 Paso Los Cerritos
San Jose, California 95008

Manner of Service: Personal Service - By personally delivering Copies to William M. Henry

DICIAL COUNCIL FORM, RULE 982 (A) (23)   , I declare under penalty of perjury that the foregoing is true and Correct and that this declaration

☐ Registered:
Number: 1024

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119

(415) 760-2188

on: March 3rd, 2008
at San Francisco, California

Signature: _____
Name: David Sprenzel
Title :Process Server

**PROOF OF SERVICE**