Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY'S PAINTING, INC. , and WILLIAM MICHAEL HENRY,<br><br>Defendants. | Case No.: C08-0685 MHP<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF** |

TO THE CLERK:

Please enter the default of defendants HENRY'S PAINTING, INC., and WILLIAM MICHAEL HENRY, individually, on the Complaint in the above-entitled action. This request is based on the fact that defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. A Complaint was filed by plaintiffs in this matter on January 29, 2008.

2. Defendants were served on March 13, 2008.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C08-0685 MHP**

1  2. A Proof of Service on Summons was filed with the Court on March 17, 2008.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 3rd day of April, 2008, at San Francisco, California.

        SALTZMAN & JOHNSON
        LAW CORPORATION


      By:_____/s/_____
        Michele R. Stafford
        Attorneys for Plaintiffs

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**CASE NO.: C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Request for Entry of Default 040308.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 3, 2008, I served the following documents:

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Henry's Painting, Inc.**<br>**c/o William M. Henry**<br>**Agent for Service of Process**<br>**243 Railway Avenue**<br>**Campbell, California 95008** | **William M. Henry**<br>**243 Railway Avenue**<br>**Campbell, California 95008** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR ENTRY OF DEFAULT
CASE NO.: C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Request for Entry of Default 040308.DOC