1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                          UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                                          | Case No.:  C08-0685 MHP
   BAY AREA PAINTERS AND TAPERS
12 PENSION FUND, et al.,                    | **NOTICE OF CHANGE OF ADDRESS**

13        Plaintiffs,

14 v.

15 HENRY'S PAINTING, INC. , et al.,

16        Defendants.

17

18         NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

19 Johnson Law Corporation, will relocate its office.

20         This notice is sent to you pursuant to the Judgment Pursuant to Stipulation to advise you

21 that the new address to which all stipulated payments, correspondence, as well as copies of all

22 pleadings, notices and other papers, should be sent, **effective May 5, 2008**, is:

23
           Saltzman & Johnson Law Corporation
24         **44 Montgomery Street, Suite 2110**
           **San Francisco, California 94104**
25         Tel: 415-882-7900 / Fax: 415-882-9287

26

27

28
                                                                                        -1-
                                                                  **NOTICE OF CHANGE OF ADDRESS**
                                                                         **Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Notice of Change of Address 4-17-08.DOC

1
2       Please note that the telephone and facsimile numbers have not changed.

3       Please be sure to <u>fax your report and copy of check</u>, as applicable, during this transition
4  period.

5
6
7  Dated: April 18, 2008                SALTZMAN & JOHNSON LAW COPORATION

8                                       _____/s/_____
                                        Muriel B. Kaplan
9                                       Attorneys for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                              -2-
                                                         **NOTICE OF CHANGE OF ADDRESS**
                                                         **Case No. C08-0685 MHP**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 22, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by facsimile transmittal and placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Henry's Painting, Inc.**
> **c/o William M. Henry**
> **243 Railway Avenue**
> **Campbell, California 95008**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2008, at San Francisco, California.

_____/s/_____
Diana M. Sage

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Notice of Change of Address 4-17-08.DOC