Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>HENRY'S PAINTING, INC. , et al.,<br><br>   Defendants. | Case No.:  C08-0685 MHP<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  May 5, 2008<br>Time:  4:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:  The Honorable Marilyn H. Patel |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for May 5, 2008, at 4:00 p.m., be continued for approximately 90-120 days, as follows:

1.	A Complaint was filed in this action on January 29, 2008.

2.	Defendants failed to appear or defend the action, and plaintiffs filed a Request for Entry of Default with the Court on April 3, 2008.

3.	Although defendants did not to appear in this action, defendants signed a Judgment Pursuant to Stipulation ("Stipulation") providing for a payment plan to satisfy all amounts due. The Stipulation was filed with the Court on April 8, 2008, but has yet to be signed.

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP - CMC Continuance Request 042408.DOC

4. Defendants are complying with the terms of the Stipulation, and have made one payment under the Stipulation to date.

5. Plaintiffs therefore request that Judgment be entered pursuant to the Stipulation, and that the Case Management Conference be vacated.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 24th day of April, 2008 at San Francisco, California.

                                              SALTZMAN & JOHNSON
                                               LAWCORPORATION

By: _____/s/_____
        Michele R. Stafford
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby vacated.

Dated:_____          _____
                                                                                   United States District Court Judge

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following documents:

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by facsimile transmittal and placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Henry's Painting, Inc.
c/o William M. Henry
243 Railway Avenue
Campbell, California 95008**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP - CMC Continuance Request 042408.DOC