Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0685 MHP |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| HENRY'S PAINTING, INC. , et al., | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**ORDER on
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

///
///
///
///

-1-
**PROOF OF SERVICE
Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Proof of Service 043008.DOC

1  on the interested parties in said action by facsimile transmittal and placing a true and exact copy of

2  each document in and sealed envelope with postage thereon fully prepaid, in a United States Post

3  Office box in San Francisco, California, addressed as follows:

4
5  **Henry's Painting, Inc.**
   **c/o William M. Henry**
   **243 Railway Avenue**
6  **Campbell, California 95008**

7  I declare under penalty of perjury that the foregoing is true and correct and that this

8  declaration was executed on this 30th day of April, 2008, at San Francisco, California.

9
10
11                               _____/s/_____
                                        Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                              -2-
                                                                    **PROOF OF SERVICE**
                                                                    **Case No. C08-0685 MHP**

P:\CLIENTS\PATCL\Henry's Painting\Pleadings\C08-0685 MHP Proof of Service 043008.DOC